PREET BHARARA
United States Attorney for the
Southern District of New York
By: SARAH J. NORTH
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2639
Facsimile:  (212) 637-2717
E-mail: sarah.north@usdoj.gov

13 MISC 0059

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
IN RE:                          :   APPLICATION FOR AN
                                :   EX PARTE ORDER PURSUANT
LETTER OF REQUEST FOR           :   TO 28 U.S.C. § 1782
INTERNATIONAL JUDICIAL          :
ASSISTANCE FROM THE SEOUL       :   M 19-141
CENTRAL DISTRICT COURT,         :
REPUBLIC OF KOREA IN THE        :
MATTER OF SUBWAY INTERNATIONAL  :
B.V. v. KYUNG HEE HWANG         :
                                :
-------------------------------x

Upon the accompanying declaration of SARAH J. NORTH, executed on February 20, 2013 the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing SARAH J. NORTH, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter of request for International Judicial Assistance from the Seoul Central District Court, Republic of Korea, from the INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION ("ICDR"), in New York, New York, issued by that court in connection with a proceeding pending in that court captioned "Subway International B.V. v. Kyung Hee Hwang."

Dated:  New York, New York
        February 20, 2013

>       Respectfully submitted,
>
>       PREET BHARARA
>       United States Attorney for the
>       Southern District of New York
>
> By:   _____
>       SARAH J. NORTH
>       Assistant United States Attorney
>       86 Chambers Street, 3rd Floor
>       New York, New York 10007
>       Tel:  (212) 637-2639
>       Fax:  (212) 637-2717
>       sarah.north@usdoj.gov